1 | **KYLE R. KNAPP**
**Attorney at Law**
2 | California State Bar No. 166597
1120 D Street, Suite 100
3 | Sacramento, CA 95814
Telephone:  (916) 441-4717
4 |
5 | Attorney for Zoya Belov
6 |
7 |
8 |                         UNITED STATES DISTRICT COURT
9 |                         EASTERN DISTRICT OF CALIFORNIA
10 | UNITED STATES OF AMERICA,          )    CASE NO.   CR 2:08-427 - MCE
                                        )
11 |                     Plaintiff,      )
                                        )
12 |                                     )
     v.                                 )
13 |                                     )    **STIPULATION AND ORDER TO**
                                        )    **CONTINUE STATUS CONFERENCE,**
14 | ZOYA BELOV,                         )    AND TO EXCLUDE TIME PURSUANT
                                        )    TO THE SPEEDY TRIAL ACT
15 |                     Defendant.      )
                                        )
16 | _____ )
17 |
18 |        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
19 | counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff; Jean Hobler, Assistant
20 | United States Attorney, attorney for plaintiff; and Kyle Knapp, attorney for defendant, ZOYA BELOV,
21 | that the previously scheduled status conference date of May 12, 2011, be vacated and the matter set for
22 | entry of plea on May 19, 2011.
23 |        This continuance is requested to allow counsel additional time to review discovery with the
24 | defendant, to examine possible defenses and to fully evaluate and explain to my client the currently
25 | tendered plea agreement.
26 | ///
27 | ///
28 | ///

1    Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date

2  this stipulation is lodged, through May 19, 2011, should be excluded in computing time within which trial

3  must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv), and Local

4  Code T4[reasonable time for defense counsel to prepare].

5  Dated: May 10, 2011                                    Respectfully submitted.

6

7                                                          /s/ Kyle R. Knapp
                                                          Kyle R. Knapp
                                                          Attorney for Defendant, Zoya Belov
8

9  Dated: May 10, 2011                                    Respectfully submitted.

10

11                                                         /s/ Phil Ferrari
                                                          Phil Ferrari
                                                          Assistant U.S. Attorney
12                                                        Attorney for Plaintiff

13  Dated: May 10, 2011                                   Respectfully submitted.

14

15                                                         /s/ Jean M. Hobler
                                                          Jean M. Hobler
                                                          Assistant U.S. Attorney
16                                                        Attorney for Plaintiff

17

18                                              **ORDER**

19    IT IS HEREBY ORDERED that the previously-scheduled status conference date of May 12, 2011,

20  be vacated and the matter set for change of plea on May 19, 2011.  Time is excluded in the interests of

21  justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local CodeT4.

22   Dated:  May 16, 2011

23

24                                                        MORRISON C. ENGLAND, JR.
                                                          UNITED STATES DISTRICT JUDGE
25

26

27

28