1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   1120 D Street, Suite 100
3  Sacramento, CA 95814
   Telephone: (916) 441-4717
4

5  Attorney for Zoya Belov

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,         )   CASE NO. 2:08-cr-00427-MCE
                                     )
11                  Plaintiff,       )
                                     )
12                                   )
   v.                                )
13                                   )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE JUDGEMENT AND**
14 ZOYA BELOV,                       )   **SENTENCING**
                                     )
15                  Defendant.       )   Date: October 13, 2011
                                     )   Time: 9:00am
16 _____    )   Judge: Hon. Morrison C. England, Jr.

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, Philip Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney

20 for defendant, ZOYA BELOV, that the previously scheduled sentencing date of August 4, 2011, be

21 vacated and the matter continued for sentencing to October 13, 2011 at 9:00am.

22         Accordingly, counsel and the defendant agree that time under the Speedy Trial Act from the date

23 this stipulation is lodged, through October 13, 2011, should be excluded in computing time within which

24 trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)7(A) and B(iv), and

25 Local Code T4[reasonable time for defense counsel to prepare].

26 ///

27 ///

28 ///

1 | Dated: July 19, 2011                                     Respectfully submitted.

                                              /s/ Kyle R. Knapp
                                              Kyle R. Knapp
                                              Attorney for Defendant, Zoya Belov

Dated: July 19, 2011                                     Respectfully submitted.

                                              /s/ Philip Ferrari
                                              Philip Ferrari
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

ORDER

Defendant's Sentencing is hereby continued from August 4, 2011 to October 13, 2011 at 9:00 A.M. Furthermore, the time period from August 4, 2011 to October 13, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A),(B)(iv) and Local Rule T4. The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: July 20, 2011

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE