**KYLE R. KNAPPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Zoya Belov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CR 2:08-427 - MCE |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER TO** |
| ) | RELIEVE DEFENDANT OF ELECTRONIC |
| ZOYA BELOV, ) | MONITORING RELEASE CONDITION |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff; Jean Hobler, Assistant United States Attorney, attorney for plaintiff; and Kyle Knapp, attorney for defendant, ZOYA BELOV, that Ms. Belov be relieved of the electronic monitoring component of her release conditions.

Her pretrial services officer, Daryl Walker contacted AUSA, Jean Hobler, and myself and suggested that because Ms. Belov had been compliant with her electronic monitoring conditions and curfew for the past six months would anyone object to relieving her of the electronic monitoring component of her release.  Ms. Hobler indicated that she had no objection to that request.

Accordingly, counsel for the government and the defendant hereby stipulate that Ms. Belov be

//

//

1 | taken off electronic monitoring as a condition of her release.

2 | Dated: September 26, 2011              Respectfully submitted.

                                             /s/ Kyle R. Knapp
                                             Kyle R. Knapp
                                             Attorney for Defendant, Zoya Belov

Dated: September 26, 2011              Respectfully submitted.

                                             /s/ Phil Ferrari
                                             Phil Ferrari
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

Dated: September 26, 2011              Respectfully submitted.

                                             /s/ Jean M. Hobler
                                             Jean M. Hobler
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that Ms. Belov's release conditions be modified so that she is no longer subject to electronic monitoring. All other terms and conditions will remain in effect.

Dated: September 28, 2011

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE