**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Zoya Belov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:08-cr-00427 - MCE |
| Plaintiff, | |
| v. | |
| | STIPULATION AND ORDER |
| | CONTINUING DATE FOR JUDGEMENT |
| ZOYA BELOV, | AND SENTENCING |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of August 30, 2012 be vacated and the matter be re-set for November 29, 2012 at 9:00 am.  Good cause for the continuance is due to defendant's continued cooperation under the plea agreement, the potential she may be called as a witness in pending cases and to afford counsel additional time to provide mitigation evidence to probation.

Dated: July 26, 2012                               Respectfully submitted.

                                                     /s/ Kyle R. Knapp
                                                   Kyle R. Knapp
                                                   Attorney for Defendant, Zoya Belov

Dated: July 26, 2012                               Respectfully submitted.

                                                     /s/ Phil Ferrari
                                                   Phil Ferrari
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the August 30, 2012 hearing is vacated and the matter is re-set for judgement and sentencing on November 29, 2012 at 9:00am.

IT IS SO ORDERED.

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE