**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Zoya Belov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-cr-00427-MCE |
| Plaintiff, ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING DATE FOR JUDGEMENT |
| ZOYA BELOV, ) | AND SENTENCING |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of November 29, 2012 be vacated and the matter be re-set for May 23, 2013 at 9:00 am. Good cause for the continuance is due to defendant's continued cooperation under the plea agreement, the potential she may be called as a witness in a pending case and to afford counsel additional time to provide mitigation evidence to probation.

Dated: November 16, 2012                         Respectfully submitted.

                                                  /s/ Kyle R. Knapp
                                                 Kyle R. Knapp
                                                 Attorney for Defendant, Zoya Belov

///

1 | Dated: November 16, 2012                    Respectfully submitted.

2 |                                                               /s/ Phil Ferrari
  |                                                              Phil Ferrari
3 |                                                              Assistant U.S. Attorney
  |                                                              Attorney for Plaintiff
4 |
  |                                              ORDER
5 |
6 |      GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the November 29,
7 | 2012 hearing is vacated and the matter is re-set for judgement and sentencing on May 23, 2013 at 9:00
  | a.m. in Courtroom 7.
8 |
  |      IT IS SO ORDERED.
9 |
10 |
   | Dated:  November 21, 2012
11 |
12 |                                                          _____
   |                                                          MORRISON C. ENGLAND, JR.
13 |                                                          UNITED STATES DISTRICT JUDGE