KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ZOYA BELOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOYA BELOV.<br><br>　　　　Defendant. | No. 08-CR-427-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE<br><br>Date:　January 9, 2014<br>Time:　9:00am.<br>Judge:　Honorable Morrison C. England |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of December 5, 2013 be vacated and the matter be re-set for January 9, 2014 at 9:00 am.  Good cause for the continuance is due to the need to address the probation impacts of her cooperation in this matter and to afford counsel additional time to provide mitigation evidence and materials to probation.

Dated: November 26, 2013　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Zoya Belov

Dated: November 26, 2013                    Respectfully submitted.

   /s/ Phil Ferrari
Phil Ferrari
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the December 5, 2013 hearing is vacated and the matter is re-set for judgment and sentencing on January 9, 2014 at 9:00am.

IT IS SO ORDERED.

Dated:  December 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT