KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ZOYA BELOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOYA BELOV.<br><br>　　　　Defendant. | No. 2:08-CR-00427-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:　January 30, 2014<br>Time:　9:00am.<br>Judge:　Honorable Morrison C. England |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of January 9, 2014 be vacated and the matter be re-set for January 30, 2014 at 9:00 am.  Good cause for the continuance is due to the need to address the probation impacts of her cooperation in this matter and to afford counsel additional time to provide mitigation evidence and materials to probation.

Dated: December 30, 2013　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kyle R. Knapp
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, Zoya Belov

Dated: December 30, 2013                    Respectfully submitted.

                                                                                                /s/ Phil Ferrari
                                                                                              Phil Ferrari
        Assistant U.S. Attorney
        Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, the January 9, 2014, hearing is VACATED and the matter is reset for judgment and sentencing on January 30, 2014, at 9:00 AM in Courtroom 7.

IT IS SO ORDERED.

Dated:  January 8, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT