KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ZOYA BELOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ZOYA BELOV.<br><br>  Defendant. | No. 2:08-CR-00427-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  March 6, 2014<br>Time:  9:00am.<br>Judge:  Honorable Morrison C. England |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant, ZOYA BELOV, that the current hearing date of January 30, 2014 be vacated and the matter be re-set for March 6, 2014 at 9:00 am.  Good cause for the continuance is due to defense counsel's trial schedule, the need to address the probation impacts of her cooperation in this matter and to afford counsel additional time to provide mitigation evidence and materials to probation.

Dated: January 27, 2014                                        Respectfully submitted.

                                                                          /s/ Kyle R. Knapp
                                                                         Kyle R. Knapp

1

                                            Attorney for Defendant, Zoya Belov

Dated: January 27, 2013                          Respectfully submitted.

                                            /s/ Phil Ferrari
                                          Phil Ferrari
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the January 30, 2014 hearing is vacated and the matter is re-set for judgment and sentencing on March 6, 2014 at 9:00 AM.

Dated: February 5, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT