KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
ZOYA BELOV

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZOYA BELOV.<br><br>    Defendant. | No. 08-CR-427-MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING<br><br>Date:  April 24, 2014<br>Time:  9:00am.<br>Judge:  Honorable Morrison C. England |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Phil Ferrari, Assistant United States Attorney, attorney for Plaintiff and Kyle Knapp, attorney for Defendant, ZOYA BELOV, that the current hearing date of March 14, 2014 be vacated and the matter be re-set for April 24, 2014 at 9:00 am.  Good cause for the continuance is due to the need to address the probation impacts of her cooperation in this matter and to afford counsel time to provide materials to probation so they can finalize the report.

Dated: March 4, 2014                          Respectfully submitted.

                                       /s/ Kyle R. Knapp
                                      Kyle R. Knapp
                                      Attorney for Defendant, Zoya Belov

Dated: March 4, 2014                                      Respectfully submitted.

                                                   /s/ Phil Ferrari
                                                   Phil Ferrari
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, the March 14, 2014 hearing is vacated and the matter is re-set for judgment and sentencing on April 24, 2014 at 9:00am.

IT IS SO ORDERED.

Dated:  March 7, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT