**KYLE R. KNAPP**
**Attorney at Law**
California State Bar No. 166597
1120 D Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 441-4717

Attorney for Zoya Belov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-00427 -MCE |
| Plaintiff, | DATE: September 3, 2014<br>TIME: 9:00 a.m. |
| v. | |
| | DEFENDANT BELOV'S MOTION TO EXONERATE SECURED BOND AND RELEASE FUNDS |
| ZOYA BELOV , | |
| Defendant. | Date: September 5, 2014<br>Time: 2:00pm<br>Court: Hon. Morrison C. England, Jr. |

On March 29, 2011, the defendant in this matter was released on secured bond in the amount of $50,000.00. A cash bond was posted by her aunt, Irina Kryuchkov. Ms. Belov was sentenced on June 19, 2014 and surrendered to federal prison in Dublin, California on August 28, 2014. There should be no impediment to exonerating the bond and returning the funds to Ms. Kryuchkov. I have spoken with AUSA Philip Ferrari and he has no objection to this request.

Dated: September 8,                                      Respectfully submitted.

                                                          /s/ Kyle R. Knapp

                                                          Kyle R. Knapp

                                                          Attorney for Defendant, Zoya Belov

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08-CR-00427 -MCE |
| Plaintiff, | ORDER |
| v. | |
| ZOYA BELOV, | |
| Defendant. | |

The Court finds that Ms. Belov was released pursuant to a cash bond posted by Irina Kryuchkov in the amount of $50,000.00.

The Court further finds that Ms. Belov has fulfilled all her obligations to the Court and surrendered timely to begin serving her sentence on August 28, 2014.

THEREFORE, it is hereby ORDERED that the $50,000.00 cash bond be ordered exonerated and that the Clerk of the Court is directed to release those funds to Irina Kryuchkov.

Dated: September 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE